JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OUTDOOR RECREATION GROUP, A CALIFORNIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICOLE SCHUDE, An Individual; SCHUDE TRADE LAW, LLC, An Illinois Limited Liability Company; SORINI, SAMET & ASSOCIATES, LLC, An Illinois Limited Liability Company; And DOES 1 Through 100, Inclusive,<br><br>　　　　Defendants. | Case No. CV 21−4828−MWF (PLAx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Pursuant to the parties' Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and (c) (Docket No. 62), IT IS ORDERED that this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Court shall retain jurisdiction and authority to enforce the terms of the parties' written settlement agreement.

**IT IS SO ORDERED.**

Dated: May 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge